Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

WILLIAM O'MALLEY,

           Plaintiff,

    vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,

           Defendants.

Case No. 3:25-cv-05766-KKE

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR EXPERIAN TO ANSWER COMPLAINT**

**NOTE ON MOTION CALENDAR:**

September 25, 2025

Plaintiff William O'Malley ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through counsel, hereby stipulate that Experian's deadline to answer the Complaint in the above-referenced action is extended to October 27, 2025.

Dated: September 25, 2025

BRUBAKER LAW GROUP, PLLC

By: */s/ Michael Brubaker*
    Michael Brubaker
    14506 NE 184th Pl
    Woodinville, WA 98072
    Telephone: (206) 335-8746
    Email:  michael@brubakerlawgroup.com

*Attorney for Plaintiff William O'Malley*

TROUTMAN PEPPER LOCKE LLP

By: */s/ Thomas N. Abbott*
    Thomas N. Abbott (WSBA No. 53024)
    100 SW Main Street, Suite 1000
    Portland, Oregon 97204
    Telephone: 503.290.2322
    Email: thomas.abbott@troutman.com

*Attorneys For Defendant Experian Information Solutions, Inc.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - 1

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322

1          IT IS SO ORDERED.

2

3    Dated this 26th of September, 2025.

4

5                                              United States District Judge
                                               Kymberly K. Evanson
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322