UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM O'MALLEY, <br><br> Plaintiff(s), <br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, et al., <br><br> Defendant(s). | CASE NO. C25-5766-KKE <br><br> ORDER SETTING DEADLINE TO FILE DISMISSAL PURSUANT TO SETTLEMENT |

On November 14, 2025, the parties filed a notice indicating that the parties have settled this matter and anticipate completing settlement documents and filing a dismissal with the Court within sixty days. Accordingly, the Court ORDERS that the parties have until **January 13, 2026**, to file a dismissal in this case pursuant to the parties' settlement. If the settlement is ultimately not effectuated, the parties must file a joint status report apprising the Court of such by the same date.

Dated this 15th day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge