UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM O'MALLEY,<br><br>Plaintiff(s),<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendant(s). | CASE NO. C25-5766-KKE<br><br>ORDER VACATING CASE SCHEDULE |

The parties have notified the Court that they have settled this case and that they anticipate finalizing the settlement within the next sixty days. Dkt. Nos. 25, 26. Accordingly, the Court VACATES the trial date and pretrial deadlines previously set (Dkt. No. 23) and TERMINATES the pending motion for summary judgment (Dkt. No. 24). The parties shall file dismissal paperwork no later than January 2, 2027.

Dated this 4th day of November, 2026.

Kymberly K. Evanson
United States District Judge